IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REGINA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV19 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY, NEBRASKA, and | ) | ORDER |
| ROBERT HOUSTON, Director of | ) | |
| Douglas County Corrections, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to strike (Filing No. 27) for the reason that plaintiff's name was incorrect in the text.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion to strike is granted; Filing No. 26 shall be stricken.

DATED this 6th day of January, 2006.

BY THE COURT

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court