```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

REGINA DAVIS,                    )
                                 )
           Plaintiff,            )        8:05CV19
                                 )
      v.                         )
                                 )
DOUGLAS COUNTY, NEBRASKA, and    )        ORDER
ROBERT HOUSTON, Director of      )
Douglas County Corrections,      )
                                 )
           Defendants.           )
_____)

This matter is before the Court on the motion for summary judgment filed by the defendants Douglas County, Nebraska and Robert Houston (Filing No. 35), filed on May 1, 2006. Plaintiff Regina Davis ("Davis") contends that the defendants discriminated against her because of her gender in violation of Title VII, retaliated against her in violation of Title VII, subjected her to a hostile work environment in violation of Title VII and deprived her of her equal protection rights under the United States Constitution.  The Court has reviewed the motion, briefs, evidentiary submissions, and the applicable law and finds that because there are issues of credibility regarding material facts defendant's motion should be denied.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for summary judgment (Filing No. 35) is denied.

DATED this 28th day of June, 2006.

BY THE COURT:


/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court