IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REGINA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV19 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY, NEBRASKA, and | ) | ORDER |
| ROBERT HOUSTON, Director of | ) | |
| Douglas County Correctional | ) | |
| Center, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' objections made during the video deposition of Dr. Sandhya Saxena taken on August 15, 2006 (Tr. 11:19 - 12:20). The Court has reviewed the deposition and finds said objections are well taken. Accordingly,

IT IS ORDERED that the questions and answers as designated shall be stricken from the video deposition before it is played for the jury.

DATED this 7th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court