IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REGINA DAVIS, | ) | 8:05CV19 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| DOUGLAS COUNTY, NEBRASKA, | ) | DESTROYED |
| and ROBERT HOUSTON, Director of | ) | |
| Douglas County Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 10 business days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All Trial Exhibits - Date of Trial 9/11-12/06

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 11th day of January, 2007.

s/ Lyle E. Strom
United States District Judge

clerk\proc\forms\Exhibits-Order to Withdraw or OSC Destroy.wpd
Approved: 10/27/06